IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BYRON L. CONWAY,
ADC #113285                                                                                    PLAINTIFF

v.                              4:09CV00409BSM/HLJ

LARRY NORRIS, et al.                                                                     DEFENDANTS

## ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. Plaintiff states that he has no objection to dismissing defendants Westbrook, Outlaw, Green, Harmon, Ball, Walton, Lau, and Gay. After a review of those proposed findings and recommendations, the court adopts them in their entirety.

Accordingly, defendants Westbrook, Outlaw, Green, Harmon, Ball, Walton, Lau, and Gay are dismissed from plaintiff's complaint, for failure to state a claim.

IT IS SO ORDERED this 11th day of August, 2009.


_____
UNITED STATES DISTRICT JUDGE