IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BYRON L. CONWAY,
ADC #113285                                                                       PLAINTIFF

v.                            4:09CV00409BSM-HLJ

LARRY NORRIS, et al.                                                          DEFENDANTS

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Henry L. Jones, Jr. The parties have filed no objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, plaintiff's motions for summary judgment, for order of examination, and for preliminary injunctive relief (Doc. Nos. 56, 57, 60, 75) are hereby DENIED.

IT IS SO ORDERED this 22nd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE