IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BYRON L. CONWAY,
ADC #113285                                                                            PLAINTIFF

v.                             4:09CV00409 BSM-HLJ

LARRY NORRIS, et al.                                                                  DEFENDANTS

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Henry L. Jones, Jr. The parties have not filed any objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, plaintiff's motions for summary judgment against defendants Norris, Belt, Howell, and Henderson (Doc. Nos. 71, 72, 73, 76) are hereby DENIED. In addition, plaintiff's motion to voluntarily dismiss defendant George Belt (Doc. No. 74) is hereby GRANTED. Finally, plaintiff's motion for preliminary injunctive relief (Doc. No. 75) is hereby DENIED without prejudice.

IT IS SO ORDERED this 22nd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE