**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BYRON L. CONWAY,**
**ADC #113285**                                                                              **PLAINTIFF**

**v.**                    **CASE NO.: 4:09cv00409 BSM/JJV**

**LARRY NORRIS, Director, Arkansas**
**Department of Corrections;** *et al.*                                        **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that the defendant Edward's motion for judgment on the pleadings [Doc. No. 108] is DENIED

Dated this 5th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE