# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BYRON CONWAY,**  **PLAINTIFF**
**ADC #113285**

**v.**    **4:09CV00409 BSM-JJV**

**LARRY NORRIS, Former Director,**
Arkansas Department of Correction; *et al*.    **DEFENDANTS**

## ORDER

Separate defendant Dr. Peter Edwards moves for summary judgment and to deem admitted statement of indisputable material facts [Doc. Nos. 114, 117]. In his response, plaintiff concedes to Dr. Peter's motion, and agrees to the dismissal of this defendant from his complaint [Doc. No. 120].

IT IS THEREFORE ORDERED that the motions for summary judgment and to deem admitted statement of indisputable material facts [Doc. Nos. 114, 117], filed by separate Defendant Dr. Peter Edwards, are GRANTED.

IT IS SO ORDERED this 3rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE