**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BYRON L. CONWAY,**                                                      **PLAINTIFF**
**ADC #113285**

**v.**                **CASE NO. 4:09CV00409 BSM/JJV**

**LARRY NORRIS, Director,**                                   **DEFENDANTS**
**Arkansas Department of Correction, et al.**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 129] be GRANTED.

2. Defendants Norris, Dobbs, Howell, Watson, Burton, Johnson, Crosby, Moore, Henderson, Ragland, and Thomas should be DISMISSED from the complaint without prejudice.

Dated this 18th day of October 2011.

                                                                                    */s/ Brian S. Miller*
                                                                      UNITED STATES DISTRICT JUDGE