IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BYRON L. CONWAY
ADC # 113285                                                                                          PLAINTIFF

v.                          CASE NO. 4:09CV00409 BSM

RAIMUNDO D. HOLLOWAY                                                                   DEFENDANT

## JUDGMENT

Pursuant to the verdict returned by the jury on November 7, 2011;

IT IS ORDERED, ADJUDGED AND DECREED that on the claims of plaintiff Byron L. Conway, judgment is rendered for plaintiff and against defendant RaiMundo D. Holloway. Plaintiff is awarded $50,000 in compensatory damages and $55,000 in punitive damages.

IT IS SO ORDERED this 15th day of November 2011.

_____
UNITED STATES DISTRICT JUDGE